Argued June 22, affirmed June 22, petition for rehearing denied
July 27, petition for review denied September 21, 1971

STATE OF OREGON, *Respondent, v.*
WILLIAM ROBERT REEVES, *Appellant.*

485 P2d 1233

*Ralph D. Barrett,* Springfield, argued the cause and filed the briefs for appellant.

*W. Michael Gillette,* Assistant Attorney General, Salem, argued the cause for respondent. On the brief were Lee Johnson, Attorney General, and Jacob B. Tanzer, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and THORNTON, Judges.

AFFIRMED FROM THE BENCH.